UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE M. JAMES LORENZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 10-CR-1257-L |
| Plaintiff, | ) | |
| v. | ) | |
| JOSE GARCIA, | ) | ORDER |
| Defendant. | ) | |

**IT IS HEREBY ORDERED,** upon the joint motion of the parties, that the motion hearing currently set for June 21, 2010 be continued to July 26, 2010, at 2:00 p.m.

**SO ORDERED.**

DATED: June 21, 2010

_____
M. James Lorenz
United States District Court Judge